# LOCKS

## Stoned Locks

Stoned Lock with Diamonds (yellow gold)

Stoned Lock with Diamonds (Platinum/white gold)

Stoned Lock with Blue Sapphires



## All Stone Lock

Diamond All Stone Lock



## **Baguette Heartlock**

Baguette Heartlock with Diamonds

  

