

Government of Canada

Gouvernement du Canada

Home ➜ Business ➜ Intellectual property and copyright ➜ Intellectual property databases

➜ Canadian Copyrights Database

# Canadian Copyright Register

▶ Third-Party Information Liability Disclaimer

The links on the text provide access to the help file.

**Title:**
Regular Stoned Lock with Diamonds

**Type:**
Copyright

**Registration Number:**
1157296

**Status:**
Registered

**Registered:**
2019-02-26

**Category of Work:**
Artistic

**Date Published:**
2015-06-01

**Country Published:**
United States of America

**Interested Parties:**

**Owner:**

**Company Name:**
Tastefairy Corporation d/b/a Marla Aaron Jewelry

**Original Address:**
435 East 76th Street, Suite 1D New York
New York 10021
United States of America

**Current Address:**

Same as original address.

**Agent:**

**Company Name:**
Tarter Krinsky & Drogin LLP

**Person Name**
Amy Goldsmith

**Original Address:**
1350 Broadway New York
New York 10018
United States of America

**Current Address:**
Same as original address.

**Author:**

**Person Name**
Marla Aaron

**Original Address:**
435 East 76th Street, Suite 1D New York
New York 10021
United States of America

**Current Address:**
Same as original address.

[Back to Search] [Back to Results]

**Last updated on:**
2019-04-21

**Canadian Intellectual Property Office**

| |
|---|
| Trademarks |
| Patents |
| Copyright |
| Industrial designs |
| For agents |
| IP for business |
| What is intellectual property? |
| Payments and fees |


Government　Gouvernement
of Canada　du Canada

# Canadian Copyright Register

▶ Third-Party Information Liability Disclaimer

The links on the text provide access to the help file.

**Title:**
Medium Stoned Lock: diamond, ruby, pink sapphire, mixed Harlequin stones, green tourmaline, blue sapphires

**Type:**
Copyright

**Registration Number:**
1158811

**Status:**
Registered

**Registered:**
2019-04-16

**Category of Work:**
Artistic

**Date Published:**
2015-08-01

**Country Published:**
United States of America

**Interested Parties:**

**Owner:**

**Company Name:**
Tastefairy Corporation d/b/a Marla Aaron Jewelry

**Original Address:**
435 East 76th Street, Suite 1D New York
New York 10021
United States of America

**Current Address:**

Same as original address.

**Agent:**

**Company Name:**

Tarter Krinsky & Drogin LLP

**Person Name**

Amy Goldsmith

**Original Address:**

1350 Broadway New York

New York 10018

United States of America

**Current Address:**

Same as original address.

**Author:**

**Person Name**

Marla Aaron

**Original Address:**

435 East 76th Street, Suite 1D New York

New York 10021

United States of America

**Current Address:**

Same as original address.

Back to Search    Back to Results

**Last updated on:**

2019-04-21

# Canadian Intellectual Property Office

| |
|---|
| Trademarks |
| Patents |
| Copyright |
| Industrial designs |
| For agents |
| IP for business |
| What is intellectual property? |
| Payments and fees |

 Government of Canada / Gouvernement du Canada

Home ➜ Business ➜ Intellectual property and copyright ➜ Intellectual property databases

➜ Canadian Copyrights Database

# Canadian Copyright Register

▼ Third-Party Information Liability Disclaimer

Some of the information on this Web page has been provided by external sources. The Government of Canada is not responsible for the accuracy, reliability or currency of the information supplied by external sources. Users wishing to rely upon this information should consult directly with the source of the information. Content provided by external sources is not subject to official languages, privacy and accessibility requirements.

The links on the text provide access to the help file.

**Title:**
**Diamond All Stone Lock**
**Type:**
Copyright
**Registration Number:**
1157294
**Status:**
Registered
**Registered:**
2019-02-26
**Category of Work:**
Artistic
**Date Published:**
2015-09-01
**Country Published:**
United States of America


**Interested Parties:**


**Owner:**

**Company Name:**

Tastefairy Corporation d/b/a Marla Aaron Jewelry

**Original Address:**

435 East 76th Street, Suite 1D New York

New York 10021

United States of America

**Current Address:**

Same as original address.

**Agent:**

**Company Name:**

Tarter Krinsky & Drogin LLP

**Person Name**

Amy Goldsmith

**Original Address:**

1350 Broadway New York

New York 10018

United States of America

**Current Address:**

Same as original address.

**Author:**

**Person Name**

Marla Aaron

**Original Address:**

435 E 76th Street, Suite 1D New York

New York 10021

United States of America

**Current Address:**

Same as original address.

Back to Search     Back to Results

**Last updated on:**

2019-04-21

| Canadian Intellectual Property Office |
| --- |
| Trademarks |
| Patents |
| Copyright |
| Industrial designs |
| For agents |
| IP for business |
| What is intellectual property? |
| Payments and fees |



Government of Canada

Gouvernement du Canada

Home ➜ Business ➜ Intellectual property and copyright ➜ Intellectual property databases ➜ Canadian Copyrights Database

# Canadian Copyright Register

▸ Third-Party Information Liability Disclaimer

The links on the text provide access to the help file.

**Title:**
**Baguette Heartlock: baby: diamond; chrome or pink tourmalines; blue sapphire; ruby; grey or purple Songea sapphires (rose, yellow, green, white gold or platinum)**

**Type:**
Copyright

**Registration Number:**
1158801

**Status:**
Registered

**Registered:**
2019-04-16

**Category of Work:**
Artistic

**Date Published:**
2017-01-01

**Country Published:**
United States of America

**Interested Parties:**

**Owner:**

**Company Name:**
Tastefairy Corporation d/b/a Marla Aaron Jewelry

**Original Address:**
435 East 76th Street, Suite 1D New York
New York 10021
United States of America

**Current Address:**

Same as original address.

**Agent:**

**Company Name:**

Tarter Krinsky & Drogin LLP

**Person Name**

Amy Goldsmith

**Original Address:**

1350 Broadway New York

New York 10018

United States of America

**Current Address:**

Same as original address.

**Author:**

**Person Name**

Marla Aaron

**Original Address:**

435 East 76th Street, Suite 1D New York

New York 10021

United States of America

**Current Address:**

Same as original address.

Back to Search    Back to Results

**Last updated on:**

2019-04-21

**Canadian Intellectual Property Office**

| |
|---|
| Trademarks |
| Patents |
| Copyright |
| Industrial designs |
| For agents |
| IP for business |
| What is intellectual property? |
| Payments and fees |